7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Gayla P. Mills and Jeffrey L. Mills
*Debtor*

**Orville Dean Todd**
    Plaintiff(s)

v.

**Gayla P. Mills**
**Jeffrey L. Mills**
    Defendant(s)

*Bankruptcy Case No.*
13–43421–can7

*Adversary Case No.*
13–04200–can

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that plaintiffs objection to discharge is sustained and judgment is entered against
defendants Gayla P. Mills and Jeffery L. Mills and in favor of plaintiff in the amount of $25,200.00 plus the costs of this action and that those defendants waive any claims they have or rights to receive distributions in the Estate of Genevieve L. Todd, Deceased; that execution is stayed based upon full and timely payment by defendants of the sum of $350.00 per month beginning on 15 May 2015 and on the 15th of each month thereafter for 72 months until the judgment is paid in full and that the judgment shall not bear interest unless the payments are not fully and timely made; that all payments be made to the plaintiff at the office of Cathleen Shine, Esq, PO Box 342, 113 East Wall Street, Harrisonville, Missouri, 64701; that in the event of default on the payments plaintiff shall give written notice to defendants of the default and the right to cure at 24700 S Hunter Road, Peculiar, Missouri, 64078 and that defendants must cure the default within ten days of the mailing of such notice; that should the defendants fail to cure the any such default execution may issue without further order of the court; and,
It is further ordered that this judgment is non dischargeable under the provisions of 11 USC § 523(a)(4).

Ann Thompson
Court Executive

By: /s/ Debra Lynn Harden
    Deputy Clerk



Date of issuance: 2/24/15

Court to serve